UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFN ABSPROP001, LLC; and ARG
ME19PCK001, LLC;

                Plaintiffs,

        v.

IMPERIAL RELIANCE, LLC; and KINGS
OIL COMPANY, LLC;

                Defendants.

No.  25-CV-10683 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Counsel for all parties shall appear for a status conference on March 13, 2026 at 12:00 p.m.  Unless the parties request otherwise, the Court will hold this conference by telephone.  The parties shall use the following dial-in information to call in to the conference: Call-in Number: (855) 244-8681; Meeting ID: 23055424735.  This conference line is open to the public.  Furthermore, the parties shall file a joint status letter by March 11, 2026.

SO ORDERED.

Dated:     February 6, 2026
           New York, New York

                                  Ronnie Abrams
                                  United States District Judge