**<u>VIA CM/ECF</u>**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 1506
New York, New York 10007

Re: *AFN ABSPROP001, LLC and ARG ME19PCK001, LLC v. Imperial Reliance, LLC and Kings Oil Company, LLC, No. 1:25-cv-10683 (RA) — Joint Request for Extension of Time*

March 25, 2026

Dear Judge Abrams:

The undersigned counsel for Plaintiffs AFN ABSPROP001, LLC and ARG ME19PCK001, LLC ("Plaintiffs") and Defendants Imperial Reliance, LLC and Kings Oil Company, LLC ("Defendants") respectfully submit this joint letter-motion, pursuant to Your Honor's Individual Rules of Practice in Civil Cases, requesting a three-week extension of the March 31, 2026 deadlines set forth in the parties' agreed schedule, as well as corresponding adjustments to the subsequent deadlines.  Plaintiff's lead counsel, Andrew Silfen, is currently dealing with a medical issue. This additional time will also afford the parties an opportunity to engage in further settlement discussions.

On March 4, 2026, the parties submitted a joint letter setting forth an agreed schedule of dates and deadlines regarding the filing of any dispositive motions and/or motions to strike with respect to Plaintiffs' complaint (the "Complaint") and Defendants' First Amended Verified Answer with Counterclaims (the "Counterclaims"), filed on February 20, 2026. **ECF Dkt. No. 17**. Under the current schedule, March 31, 2026 is the deadline for any party to (1) file a motion to strike any of the allegations for relief in the Complaint or Counterclaims, including a motion to strike any jury demand; (2) for Plaintiffs to move to reply to, move to dismiss, or otherwise respond to the Counterclaims; and (3) for any party to file a dispositive motion prior to discovery, including a motion for summary judgment, with respect to the Complaint or Counterclaims. The Court so-ordered the parties' agreed schedule on March 13, 2026. **ECF Dkt. No. 18**.

This is the parties' first request for an extension of these deadlines and all parties consent to this request.

Because the requested extension of the March 31, 2026 deadline affects the remaining dates in the parties' agreed schedule, the parties respectfully propose the following Revised Schedule, which adjusts each subsequent deadline by three weeks, with the exception of the oral argument date, which is not affected:

| <u>New Deadline</u> | <u>Old Deadline</u> | |
|---|---|---|
| **April 21, 2026** | **March 31, 2026** | • Deadline for any Party to file a motion to Strike any of the allegations for relief in the |

|  |  | Complaint or Counterclaims, including a motion to strike any jury demand. <br><br> • Deadline for Plaintiff to move to reply to, move to dismiss, or otherwise respond to the Counterclaims. <br><br> • Deadline for any Party to file a dispositive motion prior to discovery, including a Motion for Summary Judgment, with respect to the Complaint or Counterclaims. |
|---|---|---|
| **May 26, 2026** | **May 5, 2026** | • Deadline for any Party to file any opposition to any dispositive motion or motion to strike. |
| **June 19, 2026** | **May 29, 2026** | • Deadline for any Party to file any reply in support of any dispositive motion or motion to strike. |
| **June 26, 2026** | **June 26, 2026** | • If any dispositive motions are filed, oral argument shall be held on June 26, 2026 at 1:00 p.m. at the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007 before Judge Ronnie Abrams. |

The Parties reserve the right to file a dispositive motion during and/or at the conclusion of discovery in accordance with the Federal Rules of Civil Procedure and any other applicable laws, rules, regulations, and court orders.

Discovery shall be stayed pending oral argument on any dispositive motions. The Parties explicitly reserve all rights and defenses except as otherwise set forth herein.


Respectfully submitted,

 */s/ Andrew I. Silfen*
Andrew I. Silfen
ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, New York  10019
Tel. 212-484-3903
Andrew.Silfen@afslaw.com
Counsel for Plaintiffs AFN ABSPROP001, LLC and ARG ME19PCK001, LLC

*/s/ John F. Queenan* (with permission)
John F. Queenan
Rivkin Radler LLP
66 S. Pearl Street, 11th Fl.
Albany, New York 12207
Tel. 518-462-3000
John.Queenan@rivkin.com
Counsel for Defendants Imperial Reliance, LLC and Kings Oil Company, LLC


Application granted.

SO ORDERED.

Hon. Ronnie Abrams
April 6, 2026