**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – –X
                                                          :
AFN ABSPROP001, LLC and ARG ME19PCK001,      :    Civil Action No. 1:25-cv-10683
LLC,                                                      :
  -against-                          :    **PLAINTIFFS AFN AND ARG'S**
                                                          :    **NOTICE OF MOTION TO**
IMPERIAL RELIANCE, LLC, and KINGS OIL        :    **DISMISS COUNTERCLAIMS**
COMPANY, LLC,                                    :
    Defendants.             :
                                                          :
– – – – – – – – – – – – – – – – – – – – – – – – – – – – – –X

   **PLEASE TAKE NOTICE** that Pursuant to Federal Rule of Civil Procedure

12(b)(6) and 9(b), Local Rules of the Southern District of New York, and Judge Abrams' Individual

Rules & Practices in Civil Cases, Plaintiffs AFN ABSPROP001, LLC and ARG ME19PCK001,

LLC ("Plaintiffs"), through counsel, respectfully move this Court before The Honorable Ronnie

Abrams, United States District Court Judge at the United State District Court for the Southern

District of New York, located at 40 Foley Square, New York, New York 10007, on a date and time

so designated by this Court, so counsel can be heard for an order granting Plaintiffs' Motion to

Dismiss all eleven counterclaims asserted by Defendants Imperial Reliance, LLC ("Imperial

Reliance" or "Tenant") and Kings Oil Company, LLC ("Kings Oil" or "Guarantor") (collectively,

"Defendants") in their First Amended Verified Answer with Counterclaims (Dkt. No. 16, the

"Amended Answer").

  In support, Plaintiffs submit their Memorandum of Law and the Declaration of Andrew

Silfen and exhibits attached thereto, which is being filed contemporaneously with this Motion.

1

Dated: New York, New York
       April 21, 2026                    Respectfully submitted,

                                         Andrew I. Silfen
                                         James E. Britton
                                         ArentFox Schiff LLP
                                         1301 Avenue of the Americas, 42nd Floor
                                         New York, New York 10019
                                         Tel. 212-484-3903
                                         Andrew.Silfen@afslaw.com

                                         *Attorney for Plaintiffs*