# MCLAUGHLIN & STERN, LLP
## FOUNDED 1898

**CHESTER R. OSTROWSKI**
Partner
costrowski@mclaughlinstern.com
Direct Dial: (212) 455-0454
** Admitted in NY and NJ **

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448-1100

www.mclaughlinstern.com

GARDEN CITY, NEW YORK
MILLBROOK, NEW YORK
WESTFIELD, NEW JERSEY
WESTPORT, CONNECTICUT
JUPITER, FLORIDA
NAPLES, FLORIDA
SARASOTA, FLORIDA
WEST PALM BEACH, FLORIDA
SAN FRANCISCO, CALIFORNIA

June 8, 2026

**VIA E-FILING (CM/ECF)**
Hon. Ronnie Abrams, U.S.D.J.
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1506
New York, New York 10007

> Re:   ***AFN ABSPROP001, LLC, et al. v. Imperial Reliance, LLC, et al.***
>        **Case No. 1:25-cv-10683-RA**
>        **Urgent Relief Requested**

Dear Judge Abrams:

As fully set forth in the motion papers filed earlier today [ECF Doc. 34] (the "Motion"), this firm has been asked to substitute in as attorneys for Defendants in the above-referenced action.  We write separately, pursuant to your Honor's Individual Rules & Practices in Civil Cases, simply to express the **urgency of the relief requested** – namely, the proposed two-week extension of time for filing and service of opposition papers related to Plaintiffs' three pending motions [ECF Docs. 21-30], which would otherwise be due this Friday, June 12, 2026.

The original due dates for oppositions and replies were May 26, 2026, and June 19, 2026, respectively.  By Memo Endorsement entered on May 13, 2026 [ECF Doc. 33], those due dates were extended on consent to June 12, 2026 (a 17-day extension for Defendants) and July 14, 2025 (a 25-day extension for Plaintiffs).  We now propose a further two-week extension, which would make the **new due dates June 26, 2026 and July 28, 2026, respectively.**

Plaintiffs' attorneys have indicated that they are not in a position to consent to any extension at this time.  The reasons given were that: (A) Defendants have switched law firms previously (although that is not apparent from the docket in this case); and (B) Plaintiffs already consented to the prior extension request noted above.

In any event, and, again, as stated in the Motion, good cause exists for the requested extension in that: (i) McLaughlin & Stern, LLP was retained by Defendants only recently, and both McLaughlin & Stern, LLP, as incoming counsel, and Rivkin Radler LLP, as outgoing counsel, have worked diligently to facilitate the transition since that time; (ii) there are three

**McLaughlin & Stern, LLP**
Hon. Ronnie Abrams
June 8, 2026
Page 2

pending motions Defendants are expecting to oppose, two of which are relatively lengthy and dispositive in nature; (iii) it would be very difficult for McLaughlin & Stern, LLP to get up-to-speed and file three sets of opposition papers by the existing June 12 deadline; (iv) the length of the requested extension – only two weeks – is reasonable under the circumstances; and (v) granting the requested extension should not impact any other dates or deadlines in the case given, *inter alia*, that discovery has been stayed pending resolution of the dispositive motions.

Based on the foregoing, and for the reasons set forth more fully in the Motion, we respectfully request urgent/immediate relief in the form of the brief requested extension.

Respectfully submitted,

McLAUGHLIN & STERN, LLP

Chester R. Ostrowski

cc:     All Counsel of Record (via CM/ECF)